## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO (CANTON)

| | | |
|---|---|---|
| IN RE: | * | Case No. 18-62088 |
| | * | Chapter 7 |
| MICHAEL L. SNYDER | * | Chief Judge Russ Kendig |
| MELISSA R.A. SNYDER | * | Trustee Josiah L. Mason |
| | * | |
| Debtors | * | **NOTICE OF MOTION** |
| | * | **TO AVOID LIEN** |

Debtors, by and through counsel, have filed papers with the Court to Avoid the Judgment Lien filed by Capital One Bank.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the motion, then on or before November 9, 2018, you or your attorney must file with Court a written request for a hearing and written response setting forth the specific grounds for objection at:

Clerk of Courts
U.S. Bankruptcy Court
401 McKinley Avenue, SW, Canton, OH 44702

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it before the date above. The Court's mailing address is 401 McKinley Avenue, SW, Canton, OH 44702.

You must also mail a copy to:

- ❖ Deborah L. Mack, Attorney for Debtors
  53 Main Street, Lexington, OH 44904

- ❖ Josiah L. Mason, Trustee,
  153 W Main St, Ashland, OH 44805

- ❖ United States Trustee
  200 Public Square, #20-3300, Cleveland, OH 44114

Attend the hearing scheduled to be held on November 26, 2018 at 3:00 p.m. United States Bankruptcy Court, 401 McKinley Ave, SW, Canton, OH 44707.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion, and may enter an Order granting the relief requested.

Date: October 19, 2018

                                        Respectfully submitted,

                                        /s/ Deborah L Mack #0067347
                                        Attorney Deborah L. Mack, JD/MBA
                                        53 East Main Street, Lexington, OH 44904
                                        419.884.4600 * 800.410.3620 facsimile
                                        Attorney for Debtors
                                        debbie@ohiofinancial.lawyer

## **CERTIFICATE OF SERVICE**

I certify that on October 19, 2018, a true and correct copy of Motion to Avoid was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- **Deborah L. Mack**    Debbie@OhioDebtRelief.Lawyer,
- **Josiah L. Mason**    jlmasontrustee@zoominternet.net
- **United States Trustee**    (Registered address)@usdoj.gov

And by regular US Mail, postage prepaid, on:

    Capital One Bank USA NA, ATTN: Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130.

    PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541

    Michael & Melissa Snyder, 2861 Snyder Rd, Bellville, OH 44813.

    All creditors on the matrix attached hereto and made a part hereof.

                                        /s/ Deborah L Mack

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO (CANTON)

| | |
|---|---|
| IN RE: | * Case No. 18-62088 |
| | * Chapter 7 |
| MICHAEL LEE SNYDER | * Judge Russ Kendig |
| MELISSA RAE ANN SNYDER | * Trustee Josiah L. Mason |
| Debtors | * |
| | * **MOTION TO AVOID LIEN** |

Now comes the Debtors, by and through counsel, and herein requests that this Honorable Court allow them to avoid a judgment lien that impairs the exemptions on her residence:

1. The real property is more particularly described as follows:

    a. 2861 Snyder Rd, Bellville, OH 44813.

    b. The Richland County Tax Auditor has determined that the fair market value for the real property is $210,240.00.

    c. Permanent Parcel Number: 0491203710001.

    d. See legal description attached hereto and made part hereof.

2. Debtors are the owner of this real property.

3. Debtors have a mortgage with an approximate balance of $138,708.00 with Westfield Bank on the real property.

4. Capital One Bank USA NA, by and through counsel, received a Judgment for approximately $1,222.19 plus interest, late charges and other fees/costs against Debtor in Case Number 2017 CJ 82193 in Richland County Common Pleas Court on or about March 3, 2017.

5. A Judgment Lien No. 2017 CJ 82193 was filed with the Richland County Court of Common Pleas on March 3, 2017 for Capital One Bank USA NA, by and through counsel.

6. This Judgment Lien impairs the $136,925.00 homestead exemption for each of the Debtors.

**WHEREFORE**, the Debtors requests that this Honorable Court allow them to strip the Judgment Lien that impairs the homestead exemptions of the Debtor filed by Capital One Bank USA NA.

Respectfully submitted,

/s/ Deborah L Mack #0067347
Attorney Deborah L. Mack, JD/MBA
53 East Main Street, Lexington, OH 44904
419.884.4600 * 800.410.3620 facsimile
Attorney for Debtors
debbie@ohiofinancial.lawyer

**CERTIFICATE OF SERVICE**

I certify that on October 19, 2018, a true and correct copy of Motion to Avoid was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- **Deborah L. Mack**   Debbie@OhioDebtRelief.Lawyer,
- **Josiah L. Mason**   jlmasontrustee@zoominternet.net
- **United States Trustee**   (Registered address)@usdoj.gov

And by regular US Mail, postage prepaid, on:

Capital One Bank USA NA, ATTN: Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130.

PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541

Michael & Melissa Snyder, 2861 Snyder Rd, Bellville, OH 44813.

All creditors on the matrix attached hereto and made a part hereof.

/s/ Deborah L Mack

Roger L. Stevens                              EXHIBIT A                                   May 23, 2011
                                    SURVEYOR'S DESCRIPTION FOR
                                          MICHAEL SNYDER               
**12.066 Acres**                                                       BK:  2061 PG: 819

Situated in the Township of Worthington, County of Richland, State of Ohio, being part of the Northeast Quarter of Section 8, Township 21, Range 17 and being more particularly described as follows:

**Commencing** at a stone found in the northeast corner of said Northeast Quarter;

Thence N 89° 45' 17" W, 120.64 feet along the north line of said Northeast Quarter to a point being in the centerline of Snyder Road (T.H. 388), said point being referenced by an iron pin set N 89° 45' 17" W, 18.48 feet from said point and being the **true place of beginning**;

Thence with the following **NINE** courses;

1) **Southwesterly** along said centerline of Snyder Road (T.H. 388) **on a curve to the right having a radius of 380.00 feet, an arc length of 88.32 feet, a delta angle of 13° 19' 03", a chord length of 88.13 feet and a chord bearing of S 41° 41' 16" W** to a point of tangency, said point being referenced by an iron pin set N 41° 39' 13" W, 15.00 feet from said point;

2) **S 48° 20' 47" W, 422.96 feet** and continuing along said centerline of Snyder Road (T.H. 388) to a point of curve, said point being referenced by an iron pin set N 41° 39' 13" W, 15.00 feet from said point;

3) **Southwesterly** and continuing along said centerline of Snyder Road (T.H. 388) **on a curve to the right having a radius of 2,155.55 feet, an arc length of 291.41 feet, a delta angle of 07° 44' 45", a chord length of 291.19 feet and a chord bearing of S 52° 13' 10" W** to a point of curve to curve, said point being referenced by an iron pin set N 33° 54' 28" W, 20.00 feet from said point;

4) **Southwesterly** and continuing along said centerline of Snyder Road (T.H. 388) **on a curve to the right having a radius of 245.00 feet, an arc length of 136.57 feet, a delta angle of 31° 56' 16", a chord length of 134.81 feet and a chord bearing of S 72° 03' 41" W** to a point of tangency, said point being referenced by an iron pin set N 01° 58' 11" W, 20.00 feet from said point;

5) **S 88° 01' 49" W, 135.06 feet** and continuing along said centerline of Snyder Road (T.H. 388) to a point of curve, said point being referenced by an iron pin set, N 01° 58' 11" W, 15.00 feet from said point;

6) **Southwesterly** and continuing along said centerline of Snyder Road (T.H. 388) **on a curve to the left having a radius of 675.00 feet, an arc length of 189.07 feet, a delta angle of 16° 02' 54", a chord length of 188.45 feet and a chord bearing of S 80° 00' 21" W** to a point of tangency, said point being referenced by an iron pin set N 18° 01' 06" W, 15.00 feet from said point;

7) **S 71° 58' 54" W, 108.08 feet** and continuing along said centerline of Snyder Road (T.H. 388) to a point;

8) **N 09° 25' 40" W, 651.83 feet** to an iron pin set in the north line of said Northeast Quarter;

9) **S 89° 45' 17" E, 1,263.17 feet** to the **true place of beginning** and containing **12.066 acres**, more or less, and subject to all legal highways and easements of record.

Bearings are to an assumed meridian and are used to express angles only.

All iron pins set are 5/8" diameter reinforcing rod with plastic cap stamped "STEVENS 7052".

According to a survey made in December 2010 by Roger L. Stevens, Ohio Registered Surveyor No. 7052.

Roger L. Stevens
Registered Surveyor No. 7052
SM1544B20

NEW SPLIT
RICHLAND COUNTY
TAX MAP OFFICE

EAK  6-2-11
INITIAL  DATE

CC-96

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-6<br>Case 18-62088-rk<br>Northern District of Ohio<br>Canton<br>Thu Oct 18 15:50:52 EDT 2018 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | United States Bankruptcy Court<br>Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702-1745 |
| Agland Co-Op, Inc<br>PO Box 369<br>Canfield, OH 44406-0369 | Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 | Amer Assist<br>PO Box 26095<br>Columbus, OH 43226-0095 |
| Andrew Schreiber<br>471 E Broad St 12th Fl<br>Columbus, OH 43215-3806 | Anthony C Sallah<br>200 Public Sq Ste 2300<br>Cleveland, OH 44114-2309 | Ashland Implement, Inc.<br>1145 Cleveland Ave<br>Ashland, OH 44805-2714 |
| Attorney General of United States<br>Dept of Justice Tax Div Civil<br>Trial Section, Northern Region<br>PO Box 55<br>Washington, DC 20044-0055 | Bechtel Services Inc.<br>6900E Lincoln Hwy<br>Wooster, OH 44691-8613 | Byland Animal Hospital<br>529 Wooster Rd<br>Loudonville, OH 44842-1395 |
| Capio Partners<br>2222 Texoma Pkwy Ste 150<br>Sherman, TX 75090-2481 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capitol One Bank USA Na<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 |
| Capitol One Bank USA Na<br>PO Box 85015<br>Richmond, VA 23285-5015 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Centerra Co-Op<br>PO Box 1297<br>Ashland, OH 44805-5297 |
| Chase Bank USA, N.A.<br>PO Box 36520<br>Louisville, KY 40233-6520 | Chase Card<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Cheek Law Offices<br>471 E Broad St Ste 1200<br>Columbus, OH 43215-3842 |
| Chex Systems<br>780 Hudson Rd Ste 100<br>Saint Paul, MN 55125 | Chex Systens<br>7805 Hudson Rd Ste 100<br>Saint Paul, MN 55125-1703 | Civista Bank<br>PO Box 790408<br>Saint Louis, MO 63179-0408 |
| Cole Distributing, Inc.<br>PO Box 112<br>Shelby, OH 44875-0112 | Credence Resource Management LLC.<br>17000 Dallas Pkwy Ste 204<br>Dallas, TX 75248-1940 | Credit Collection Services<br>PO Box 607<br>Norwood, MA 02062-0607 |
| Custom Manure Hauling LLC<br>2573 Township Rd 687<br>Loudonville, OH 44842-9571 | DHI Cooperative Inc.<br>PO Box 28168<br>Columbus, OH 43228-0168 | Debt Recovery Solutions<br>1669 Lexington Ave<br>Suite A<br>Mansfield, OH 44907-2944 |

| | | |
|---|---|---|
| Direct TV<br>PO Box 5007<br>Carol Stream, IL 60197-5007 | ERC<br>PO Box 23870<br>Jacksonville, FL 32241-3870 | Eagle Loan Company of Ohio Inc<br>331 Lexington Springmill Rd #135<br>Ontario, OH 44906-1373 |
| Elzy Milling & Trade Ltd.<br>25 E Ogle St<br>Bellville, OH 44813-1028 | Farmers State Bank<br>11 South Main St<br>West Salem, OH 44287-9702 | Farmers State Bank<br>PO Box 179<br>Loudonville, OH 44842-0179 |
| Farmers and Savings Bank<br>PO Box 179<br>Loudonville, OH 44842-0179 | (p)FIRST KNOX NATIONAL BANK<br>P O BOX 1270<br>MT VERNON OH 43050-1270 | Furst McNess Company<br>120 E Clark St<br>Freeport, IL 61032-3300 |
| Genox Cooperative Inc.<br>PO Box 469<br>Shawano, WI 54166-0469 | Gerber Feed<br>3094 Moser Rd<br>Dalton, OH 44618-9074 | Global Credit & Collection Corp<br>5440 N Cumberland Ave Ste 300<br>Chicago, IL 60656-1486 |
| HSBC Bank Nevada<br>1111B Town Center Dr<br>Las Vegas, NV 89144 | Harold's Equipment, Inc.<br>2120 Co. Rd 168<br>Dundee, OH 44624-9247 | Heritage Cooperative<br>PO Box 369<br>Canfield, OH 44406-0369 |
| Hill's Supply, Inc.<br>2366 Locust St<br>Canal Fulton, OH 44614-9100 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | J & R Spraying<br>PO Box 206<br>Chesterville, OH 43317-0206 |
| John Deere Financial<br>PO Box 4450<br>Carol Stream, IL 60197-4450 | Kevin L String<br>68 Olive St Ste 6<br>Chagrin Falls, OH 44022-3117 | L.E. Sommer Kidron, Inc.<br>PO Box 230<br>Kidron, OH 44636-0230 |
| Lyons, Doughty, & Veldhuis<br>471 E Broad St 12th Fl<br>Columbus, OH 43215-3806 | Mansfield Municipal Court<br>30 N Diamond St<br>Mansfield, OH 44902-1738 | Mast Lepley<br>7787 E Lincolnway<br>Apple Creek, OH 44606-9574 |
| Millersburg Tire Service Inc.<br>7375 St Rt 39 E<br>Millersburg, OH 44654-8319 | Mitchell D. Bluhm & Associates, LLC<br>3400 Texoma Pkwy Ste 100<br>Sherman, TX 75090-1916 | Nationwide Credit<br>PO Box 10354<br>Des Moines, IA 50306-0354 |
| Nationwide Insurance<br>1050 Lexington Ave<br>Mansfield, OH 44907-2248 | Nicholas S Laue<br>230 Fulton St E<br>Grand Rapids, MI 49503-3211 | Ohio Attorney General<br>150 E Gay St<br>Columbus, OH 43215-3130 |

| | | |
|---|---|---|
| Ohio Attorney General<br>30 E Broad St<br>Columbus, OH 43215-3400 | Ohio Bureau of Workers' Comp.<br>PO Box 89492<br>Cleveland, OH 44101-6492 | (p)OHIO DEPARTMENT OF JOBS AND FAMILY SERVICE<br>ATTN DONN D ROSENBLUM<br>P O BOX 182404<br>COLUMBUS OHIO 43218-2404 |
| Ohio Dept of Taxation<br>Attn Bankruptcy<br>PO Box 530<br>Columbus, OH 43216-0530 | Orange Lake/Wilson Resort Finance<br>8505 W Irlo Bronson Memorial Hwy<br>Kissimmee, FL 34747-8217 | PHI Financial Services<br>c/o Slovin & Assoc Co, L.P.A.<br>644 Linn St Ste 720<br>Cincinnati, OH 45203-1733 |
| Philip B. Willette Co LPA<br>PO Box 26042<br>Columbus, OH 43226-0042 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Progressive Auto Insurance<br>6300 Wilson Mills Rd<br>PO Box W33<br>Mayfield Village, OH 44143-2182 |
| RMS<br>PO Box 361598<br>Columbus, OH 43236-1598 | Refrigeration 77, LLC.<br>5807 CR 77<br>Millersburg, OH 44654-9275 | Richland Bureau of Creditors<br>PO Box 1548<br>Mansfield, OH 44901-1548 |
| Richland County Common Pleas<br>50 Park Ave<br>Mansfield, OH 44902-1896 | Richland County Prosecutor<br>Civil Division<br>38 S Park St #2<br>Mansfield, OH 44902-1717 | Richland County Treasurer's Office<br>50 Park Ave E<br>Mansfield, OH 44902-1895 |
| Robert Snider<br>2862 Snyder Rd<br>Bellville, OH 44813-9153 | Robert Snider<br>c/o Richard Snider<br>2862 Snyder Rd<br>Bellville, OH 44813-9153 | Samaritan Emergency Physicians<br>433 W High St<br>Bryan, OH 43506-1690 |
| Samaritan Regional Health<br>1025 Center St<br>Ashland, OH 44805-4097 | Semex<br>PO Box 8280<br>Madison, WI 53708-8280 | Shirley Ann Snyder<br>6059 Possum Run Rd<br>Bellville, OH 44813-9199 |
| Spring Electrical Construction<br>1500 E Lindaire Ln<br>Mansfield, OH 44906-1830 | Sunshine Heifers LLC<br>3900 S Lindsay Rd<br>Chandler, AZ 85286-9301 | Syncb/Ashley Furniture<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| Syncb/Sams Club<br>PO Box 965005<br>Orlando, FL 32896-5005 | Synchb/JC Penney<br>PO Box 965007<br>Orlando, FL 32896-5007 | Synchrony Bank<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| TD Bank USA<br>c/o Target Credit Services<br>PO Box 1470<br>Minneapolis, MN 55440-1470 | The Receivable Management Services<br>PO Box 361598<br>Columbus, OH 43236-1598 | Transworld Systems Inc.<br>Collections Agency<br>500 Virginia Dr Ste 514<br>Fort Washington, PA 19034-2707 |

| | | |
|---|---|---|
| United States District Court<br>Northern District- Eastern Division<br>ATTN: Clerk of Courts<br>801 W Superior Ave<br>Cleveland, OH 44113-1829 | Weltman Weinberg & Reis Co LPA<br>323 W Lakeside Ave Ste 200<br>Cleveland, OH 44113-1009 | Westfield Bank<br>2 Park Circle<br>Westfield Center, OH 44251-9744 |
| Deborah L. Mack<br>53 E Main Street<br>Lexington, OH 44904-1224 | Josiah L. Mason<br>Canton<br>153 W Main Street<br>PO Box 345<br>Ashland, OH 44805-0345 | Melissa Rae Ann Snyder<br>2861 Snyder Road<br>Bellville, OH 44813-9154 |
| Michael Lee Snyder<br>2861 Snyder Road<br>Bellville, OH 44813-9154 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cardmember Services<br>PO Box 790084<br>Saint Louis, MO 63179 | (d)ELAN Financial Services<br>PO Box 108<br>Saint Louis, MO 63166-0108 | First Knox National Bank<br>1 S Main St<br>Mount Vernon, OH 43050 |
| IRS<br>200 N High St Room 425<br>Columbus, OH 43215 | (d)IRS<br>Insolvency Group<br>1240 E 9th St Room 493<br>Cleveland, OH 44199 | Ohio Dept of Job & Family Svcs<br>Attn Program Services/Revenue Recov<br>PO Box 182404<br>Columbus, OH 43218 |
| Portfolio Recovery Associates<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    96<br>Bypassed recipients    1<br>Total    97 |