UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON DIVISION

| | |
|---|---|
| In re:<br><br>MICHAEL LEE SNYDER and<br>MELISSA RAE ANN SNYDER<br><br>Debtors. | IN PROCEEDINGS UNDER CHAPTER 7<br><br>Case No. 18-62088-rk<br><br>Chief Judge Russ Kendig<br><br>Trustee: Josiah L. Mason |

### SUNSHINE HEIFERS, LLC NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISIONS OF FRBP 4001(a)(3)

Now comes Sunshine Heifers, LLC ("Sunshine Heifers") and states that it has filed a Motion for Relief From the Automatic Stay and Entry of Order Waiving the Provisions of FRBP 4001(a)(3). The preliminary hearing on this Motion, if any is required, is set for January 16, 2019 at 9:30 a.m. at the United States Bankruptcy Court, Ralph Regula U.S. Courthouse, 401 McKinley Avenue SW, Canton, OH 44707.

If you do not want the Court to grant said Motion, or if you want the Court to consider your views on this Motion, then on or before January 9, 2019, you and your attorney must file with the Court an opposition to the Motion, stating with particularity the basis for your objection. Attorneys filing documents with the Court must file them electronically. Unrepresented parties filing an objection must either do so by mail or other form of delivery to the following:

Clerk of Courts
U.S. Bankruptcy Court
401 McKinley Avenue, SW, Canton, OH 44702

Any objection must also be served on the attorney for Sunshine Heifers at the following address:

Anthony C. Sallah, Esq., Counsel for Sunshine Heifers, LLC
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Telephone: 216-363-4546
Email: asallah@beneschlaw.com

If you have not already been served with a copy of the Motion, you may obtain a copy at the Bankruptcy Court Clerk's office, through the Bankruptcy Court's PACER system, or by contacting the Attorney for Sunshine Heifers, who can be reached at the address above, at telephone number (216) 363-4546, or by fax at (216) 363-4588. If you or your attorney do not take all of these steps, the court may decide that you do not oppose the Motion and the relief sought in the Motion, and may enter an order granting the relief requested herein.

Respectfully submitted,

*/s/ Anthony C. Sallah*
ANTHONY C. SALLAH (0092603)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
216-363-4500 Telephone
216-363-4588 Facsimile
asallah@beneschlaw.com

*Attorney for Sunshine Heifers, LLC*