**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



**Russ Kendig
United States Bankruptcy Judge**

**Dated: 04:28 PM January 14, 2019**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-62088 |
| | ) | |
| MICHAEL LEE SNYDER AND | ) | CHAPTER 7 |
| MELISSA RAE ANN SNYDER, | ) | |
| | ) | JUDGE RUSS KENDIG |
| Debtors. | ) | |
| | ) | **ORDER GRANTING AMENDED** |
| | ) | **MOTION OF SUNSHINE HEIFERS,** |
| | ) | **LLL FOR RELIEF FROM STAY AND** |
| | ) | **ORDER WAIVING THE** |
| | ) | **PROVISIONS OF FRBP 4001(A)(3)** |

This matter came before the Court on the Amended Motion for Relief from the Automatic Stay and Entry of Order Waiving the Provisions of FRBP 4001(a)(3) (the "Motion") filed by Sunshine Heifers, LLC ("Movant"). (Docket 29) Movant has alleged that good cause for granting the Motion exists, and that Debtors, counsel for the Debtors, the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or

all responses have been withdrawn. For these reasons, it is appropriate to **GRANT** the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDRED that notwithstanding Rule 4001(a)(3), Sunshine Heifers, LLC may execute on this Order immediately.

#   #   #

**Service List:**

Anthony C. Sallah
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH   44114

Deborah L. Mack
53 E Main Street
Lexington, OH 44904

Josiah L. Mason
153 W Main Street
PO Box 345
Ashland, OH 44805-2219

Michael Lee Snyder
Melissa Rae Ann Snyder
2861 Snyder Road
Bellville, OH 44813

Shirley Snyder
6059 Possum Run Road
Bellville, OH   44813