# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 18-62088 RK  
**Case Name:** SNYDER, MICHAEL LEE  
MELISSA RAE ANN SNYDER  
**Period Ending:** 06/28/19

**Trustee:** (550220) JOSIAH L. MASON  
**Filed (f) or Converted (c):** 10/15/18 (f)  
**§341(a) Meeting Date:** 11/29/18  
**Claims Bar Date:**

| 1<br>Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2861 Snyder Rd, Bellville, OH 44813-0000, Richla<br>Imported from Amended Doc#: 37 | 210,240.00 | 0.00 | | 0.00 | 210,240.00 |
| 2 | 2862 Snyder Rd, Bellville, OH 44813-0000, Richla<br>Imported from Amended Doc#: 37 | 615,190.00 | 615,190.00 | | 0.00 | 615,190.00 |
| 3 | 2586 and 2606 Snyder Rd, Bellville, OH 44813-000<br>Imported from Amended Doc#: 37 | 174,270.00 | 174,270.00 | | 0.00 | 174,270.00 |
| 4 | 2606 Snyder Rd, Bellville, OH 44813-0000, Richla<br>Imported from Amended Doc#: 37 | 421,560.00 | 421,560.00 | | 0.00 | 421,560.00 |
| 5 | 2861 Snyder Rd (adjoins residence) O'Possum Run<br>Imported from Amended Doc#: 37 | 13,540.00 | 13,540.00 | | 0.00 | 13,540.00 |
| 6 | 2012 GMC Acadia, 142,353 miles, Needs new tires,<br>Imported from Amended Doc#: 37 | 6,000.00 | 200.00 | | 0.00 | FA |
| 7 | 2001 Pontiac Sunfire, 194,000 miles, Needs tires<br>Imported from Amended Doc#: 37 | 1,112.00 | 1,112.00 | | 0.00 | FA |
| 8 | 2003 Chrysler Concord, 70,000 miles, Debtor driv<br>Imported from Amended Doc#: 37 | 1,849.00 | 0.00 | | 0.00 | FA |
| 9 | 2008 Chevrolet Silverado, 138,000 miles. Entire<br>Imported from Amended Doc#: 37 | 6,675.00 | 0.00 | | 0.00 | FA |
| 10 | 2008 POLARIS SPORTSMAN 90 ATV, N/A miles, CHILD'<br>Imported from Amended Doc#: 37 | 25.00 | 25.00 | | 0.00 | FA |
| 11 | POLARIS UNKNOWN, ATV Quad Runner- yellow, motor<br>Imported from Amended Doc#: 37 | 50.00 | 50.00 | | 0.00 | FA |

Printed: 06/28/2019 03:40 PM  
V.14.50

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-62088 RK  
**Case Name:** SNYDER, MICHAEL LEE  
MELISSA RAE ANN SNYDER  
**Period Ending:** 06/28/19  

**Trustee:** (550220)   JOSIAH L. MASON  
**Filed (f) or Converted (c):** 10/15/18 (f)  
**§341(a) Meeting Date:** 11/29/18  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | POLARIS UNKNOWN, Quad Runner- red - DOES NOT RUN<br>Imported from Amended Doc#: 37 | 500.00 | 0.00 | | 0.00 | FA |
| 13 | 2008 POLARIS SPORTSMAN, CHILD'S ATV Quad Runner-<br>Imported from Amended Doc#: 37 | 100.00 | 0.00 | | 0.00 | FA |
| 14 | Household goods, furnishings, appliances<br>Imported from Amended Doc#: 37 | 7,500.00 | 0.00 | | 0.00 | FA |
| 15 | 4 tv's, CD/DVD player, cd/dvd's, 2 computer and<br>Imported from Amended Doc#: 37 | 4,000.00 | 0.00 | | 0.00 | FA |
| 16 | Lawnmower liened by John Deere<br>Imported from Amended Doc#: 37 | 2,000.00 | 0.00 | | 0.00 | FA |
| 17 | Wearing apparel<br>Imported from Amended Doc#: 37 | 1,000.00 | 0.00 | | 0.00 | FA |
| 18 | Costume and Wedding<br>Imported from Amended Doc#: 37 | 1,500.00 | 0.00 | | 0.00 | FA |
| 19 | 2 Dogs and 2 Birds<br>Imported from Amended Doc#: 37 | Unknown | Unknown | | 0.00 | FA |
| 20 | 40 heifers - secured by Farmers State Bank by Ju<br>Imported from Amended Doc#: 37<br>CROSS-COLLATERALIZED WITH UCC FINANCING STATEMENT TO FARMERS STATE BANK | 28,000.00 | 0.00 | | 0.00 | FA |
| 21 | Cash | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 18-62088 RK | Trustee: (550220) JOSIAH L. MASON |
|---|---|---|
| Case Name: | SNYDER, MICHAEL LEE<br>MELISSA RAE ANN SNYDER | Filed (f) or Converted (c): 10/15/18 (f)<br>§341(a) Meeting Date: 11/29/18 |
| Period Ending: | 06/28/19 | Claims Bar Date: |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from Amended Doc#: 37 | | | | | |
| 22 | Checking: Account at Mechanics Bank<br>Imported from Amended Doc#: 37 | 20.00 | 0.00 | | 0.00 | FA |
| 23 | Savings: Account at Farmers and Savings Bank<br>Imported from Amended Doc#: 37 | 80.00 | 0.00 | | 0.00 | FA |
| 24 | checking: Account at Farmers and Savings - Mike<br>Imported from Amended Doc#: 37 | 25.00 | 0.00 | | 0.00 | FA |
| 25 | checking: Account at Farmers and Savings Bank<br>Imported from Amended Doc#: 37 | 90.00 | 0.00 | | 0.00 | FA |
| 26 | Pension: Retirement plan with Dairy Farmers of A<br>Imported from Amended Doc#: 37 | 13,687.00 | 0.00 | | 0.00 | FA |
| 27 | Employer-issued term life insurance: spouse<br>Imported from Amended Doc#: 37 | Unknown | Unknown | | 0.00 | FA |
| 28 | Life Insurance - paid in full but no cash value:<br>Imported from Amended Doc#: 37 | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Richard Snider and his father Robert Snider - fo<br>Imported from Amended Doc#: 37 | Unknown | Unknown | | 0.00 | FA |
| 30 | VARIOUS FARM EQUIPMENT INCLUDING 2008 M H EBY TR  (u)<br>Imported from Amended Doc#: 37 Not Originally Scheduled | Unknown | Unknown | | 0.00 | FA |
| 31 | Feed<br>Imported from Amended Doc#: 37 | 0.00 | 0.00 | | 0.00 | FA |

Printed: 06/28/2019 03:40 PM
V.14.50

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-62088 RK  
**Case Name:** SNYDER, MICHAEL LEE  
MELISSA RAE ANN SNYDER  
**Period Ending:** 06/28/19

**Trustee:** (550220) JOSIAH L. MASON  
**Filed (f) or Converted (c):** 10/15/18 (f)  
**§341(a) Meeting Date:** 11/29/18  
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 32  Hay<br>    Imported from Amended Doc#: 37 | 0.00 | 0.00 | | 0.00 | FA |
| 32  **Assets**  **Totals** (Excluding unknown values) | **$1,509,013.00** | **$1,225,947.00** | | **$0.00** | **$1,434,800.00** |

**Major Activities Affecting Case Closing:**

06/28/19  EQUITY REMAINS IN REAL ESTATE AND TRUSTEE IS NEGOTIATING WITH DEBTOR AND LIENHOLDERS.

3/29/19  TRUSTEE IS INVESTIGATING POSSIBLE EQUITY IN REAL ESTATE.

**Initial Projected Date Of Final Report (TFR):** July 24, 2019        **Current Projected Date Of Final Report (TFR):** October 7, 2019